UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21-cr-00462 RLW/DDN ) |
| MATTHEW STEVEN MILLER, D.O., | ) ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Dorothy L. McMurtry, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with illegally prescribing controlled substances, obtaining controlled substance by fraud, deception, or Subterfuge, and making false statements concerning health care matters.

2. Accordingly, pursuant to Title 18, United States Code, Section 3142(g), the following factors mandate defendant's pretrial detention:

   (a) There is a risk of harm to the community, including identifiable victims in the federal case pending in this district and in the pending Illinois state case.

    (b) The evidence against defendant in the pending federal case is strong and the defendant faces imprisonment if convicted.

    (c) The defendant has used the identifier of another doctor when prescribing controlled substance medications to patients.

3. There is a serious risk that the defendant will flee:

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

    Respectfully submitted,

    SAYLER A. FLEMING
    United States Attorney

    */s/ Dorothy L. McMurtry*
    DOROTHY L. McMURTRY, #37727MO
    Assistant United States Attorney
    111 South 10th Street, Rm. 20.333
    St. Louis, Missouri  63102
    314-539-2200
    dorothy.mcmutry@usdoj.gov